Mark R. Thierman, Cal. Bar No. 72913
Joshua D. Buck, Cal. Bar No. 258325
Leah L. Jones, Cal. Bar No. 276448
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, CA 89511
Tel. (775) 284-1500
Fax (775) 703-5027

Attorneys for Plaintiff
DANIEL GERTON


Robert M. Pattison (State Bar No. 103528)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  pattisonr@jacksonlewis.com

Attorneys for Defendants
FORTISS, LLC and KNIGHTED VENTURES, LLC

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GERTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORTISS, LLC, KNIGHTED VENTURES, LLC, and DOES 1-50,<br><br>Defendant. | Case No.  3:15-cv-04805-TEH<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO FEBRUARY 1, 2016 – THE HEARING DATE OF DEFENDANTS' MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER**<br><br>Complaint Filed: 10/19/2015<br>Trial Date: None Set |

///

///

///

///

---

1

Jt. Stipulation to Continue CMC to 2/1/2016 – The Hearing
Date of Defs.' MTC Arbitration; [Proposed] Order                              Case No.  3:15-cv-04805-TEH

1   Plaintiff DANIEL GERTON and Defendants FORTISS, LLC and KNIGHTED
2   VENTURES, LLC, by their undersigned counsel in the matter captioned above, hereby stipulate
3   as follows:
4   WHEREAS, the Court has scheduled an initial case management conference for
5   Monday, January 25, 2016 at 1:30 p.m., and
6   WHEREAS, Defendants' motion to compel arbitration has been set for hearing
7   one week later, on Monday, February 1, 2016 at 10 a.m., and
8   WHEREAS, counsel for the respective parties have conferred and agree that some
9   economies would be achieved both for the Court and for the parties and their counsel by
10  scheduling these two proceedings on the same date at the same time, and
11  WHEREAS, each party supports this requested relief, and
12  WHEREAS, if the Court grants Defendants' motion to compel arbitration, the
13  need for a case management conference at this stage of the case may be obviated,
14  THEREFORE, the parties stipulate and request that the Court order:
15  1.  That the initial case management conference now scheduled for January 27, 2016 shall be continued to the date and time now set for hearing of Defendants' motion to compel arbitration, that is, to February 1, 2016 at 10 a.m.
16
17
18  2.  That the parties shall submit their joint case management conference statement by the current deadline of January 15, 2016;
19  3.  That all other pending deadlines shall remain unchanged.
20  SO STIPULATED:
21  Dated: January 7, 2016                            THIERMAN BUCK LLP
22
23                                          By:  /s/ Joshua D. Buck
                                                 Mark R. Thierman
24                                               Joshua D. Buck
                                                 Attorneys for Plaintiff
25                                               DANIEL GERTON
26  ///
27  ///
28  ///

2

Jt. Stipulation to Continue CMC to 2/1/2016 – The Hearing
Date of Defs.' MTC Arbitration; [Proposed] Order                    Case No.  3:15-cv-04805-TEH

| | | |
|---|---|---|
| Dated: January 7, 2016 | | JACKSON LEWIS P.C. |
| | By: | /s/ Robert M. Pattison<br>Robert M. Pattison<br>Attorneys for Defendants<br>FORTISS, LLC. and KNIGHTED VENTURES, LLC |

**L.R. 5-1(i) Attestation:** "I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/14/2016

_____
The Honorable Thelton E. Henderson
Senior District Judge

4831-2828-3180, v. 1

---

3

Jt. Stipulation to Continue CMC to 2/1/2016 – The Hearing Date of Defs.' MTC Arbitration; [Proposed] Order        Case No. 3:15-cv-04805-TEH