THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GERTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORTISS, LLC, KNIGHTED VENTURES, LLC, and DOES 1-50,<br><br>Defendant. | Case No.: 3:15-CV-04805-TEH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE/HEARING ON MOTION TO COMPEL<br><br>DATE: February 1, 2016<br>TIME: 10:00 a.m.<br>CTRM: 12, 19th Floor |

Plaintiff's counsel's request for Mark R. Thierman to appear by telephone for the Case Management Conference and hearing regarding Defendants' Motion to Compel, scheduled for February 1, 2016 at 10:00 a.m., is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: ___01/27___, 2016                   _____
                                                                  THE HONORABLE THELTON E. HENDERSON